**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patrick A. Carlone,

        Plaintiff,                            Civil No. 09-203 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

City of St. Paul,

        Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 2, 2009

                                                       s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge