UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick A. Carlone,                                              09cv203      (JNE/AJB)

        Plaintiff,

v.                                                                              **ORDER**

City of St. Paul,

        Defendant.

---

The Court has before it the plaintiff's motion to amend the complaint [#7] and objections to the Report and Recommendation.

The Court is unable to discern a cognizable cause of action in the complaint - either the complaint or the proposed amendment. Having concluded that the Report and Recommendation carefully, fully and accurately analyzes the matter, it is adopted.

The proposed amendment to the complaint being futile, permission to amend is denied.

DATED: March 16, 2009.

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN, Judge
                                              United States District Court